# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| SHEENA JACKSON, on behalf of minor child, R.B., | : | Case No. 1:20-cv-339 |
| | : | |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 18), OVERRULING OBJECTIONS, AND TERMINATING CASE

This action is before the Court on Magistrate Judge Stephanie K. Bowman's Report and Recommendation, recommending affirmance of Defendant's decision as supported by substantial evidence (Doc. 18). Plaintiff filed objections (Doc. 19). As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon review, the Court finds that Plaintiff's objections are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendation in its entirety and finds that Defendant's decision is **SUPPORTED BY SUBSTANTIAL EVIDENCE** and **AFFIRMED**. Accordingly, this case is **CLOSED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND